UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| NICHOLAS GREATHOUSE, | ) | Case No. 2:23-cv-02078-DSC |
| | ) | |
| Plaintiff, | ) | Judge David S. Cercone |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| W.D. WRIGHT CONTRACTING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having considered the Parties' Joint Stipulation of Dismissal with Prejudice, hereby approves said stipulation and DISMISSES the above action WITH PREJUDICE.

ORDERED this 11th day of July, 2024.

                                                         s/David Stewart Cercone
                                                         DAVID STEWART CERCONE
                                                         SENIOR UNITED STATES DISTRICT JUDGE